UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP ANDREW LUCAS, | ) | CASE NO. 1: 11 CV 2497 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the Court's Memorandum Opinion and Order adopting the Magistrate Judge's Report and Recommendation, judgment is entered in favor of Defendant and against Plaintiff.

 IT IS SO ORDERED.

                                        *s/Donald C. Nugent*
                                        DONALD C. NUGENT
                                        UNITED STATES DISTRICT JUDGE

DATED: <u>March 20, 2013</u>